1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DUANE C. MUSFELT, SB# 72058
2     E-Mail: musfelt@lbbslaw.com
   JASON LOHR, SB# 262267
3     E-Mail: lohr@lbbslaw.com
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone:    (415) 362-2580
5  Facsimile:    (415) 434-0882

6  Attorneys for Defendant
   HSBC BANK USA, N.A.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DOUGLASS ROBINSON and DAVID LAU YIN LOONG, | CASE NO. C10-01494 SI |
| Plaintiffs, | **STIPULATION AND *[PROPOSED]* ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| HSBC BANK USA and DOES 1 THROUGH 20, | *The Honorable Susan Y. Illston* |
| Defendants. | DATE:   7/30/10<br>TIME:   9:00 a.m.<br>CTRM:   10, 19th Floor |

   Plaintiffs DOUGLASS ROBINSON and DAVID LAU YIN LOONG ("Plaintiffs") and Defendant HSBC BANK USA, N.A. ("Defendant") hereby stipulate, through their respective counsel, that the Initial Case Management Conference, currently scheduled for July 2, 2010, at 9:00 a.m., be continued to July 30, 2010 at 9:00 a.m., with all related deadlines based upon the Initial Case Management Conference date.

   The undersigned, on behalf of their respective clients, do hereby so stipulate.

DATED: June 18, 2010                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By  /s/ *Duane C. Musfelt*
                                            Duane C. Musfelt
                                            Attorneys for Defendant
                                            HSBC BANK USA, N.A.

4834-7503-6678.1                          -1-
STIPULATION AND *[PROPOSED]* ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C10-01494 SI

DATED: June 18, 2010              KLETTER LAW FIRM

By /s/ *Cary Kletter*
Cary Kletter
Attorneys for Plaintiffs
DOUGLASS ROBINSON and DAVID LAU YIN LOONG

**IT IS SO ORDERED**

Dated: _____     _____
HON. SUSAN Y. ILLSTON
UNITED STATES DISTRICT JUDGE

The case management conference will be held at 2:30 p.m.

4834-7503-6678.1         -2-
STIPULATION AND *[PROPOSED]* ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C10-01494 SI

**FEDERAL COURT PROOF OF SERVICE**
*Robinson, et al. v HSBC Bank USA, et al.*
United States District Court, Northern District, Case No. C10-01494 SI

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to the action. My business address is 1 Sansome Street, Suite 1400, San Francisco, California 94104.

On June 18, 2010, I served the following document(s):

**STIPULATION AND *[PROPOSED]* ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

<u>**Attorneys for Plaintiffs**</u>
Cary S. Kletter
Chloe Quail
Kletter Law Firm
201 Spear Street, Suite 1150
San Francisco, CA  94105
Telephone:     (415) 434-3400
Facsimile:     (415) 707-7009
E-Mail:        ckletter@kletterlaw.com
               cquail@kletterlaw.com

The documents were served by the following means:

**[X]   (BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

[ ]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

[ ]   (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service. (A proof of service executed by the messenger will be filed in compliance with the Code of Civil Procedure.)

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 18, 2010, at San Francisco, California.

   /s/ *Elaine Auwbrey*
Elaine Auwbrey

4818-0585-7285.1

PROOF OF SERVICE

LEWIS BRISBOIS BISGAARD & SMITH LLP