IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLASS ROBINSON and DAVID LAU YIN LOONG,<br><br>   Plaintiffs,<br><br> v.<br><br>HSBC BANK USA,<br><br>   Defendant.<br>                 / | No. C 10-01494 SI<br><br>**JUDGMENT** |

  Defendant's motion to dismiss is granted without leave to amend. Judgment is entered accordingly.

  **IT IS SO ORDERED AND ADJUDGED.**

Dated: August 9, 2010

                       SUSAN ILLSTON
                       United States District Judge